[Nos. 45237-5-II; 45267-7-II.   Division Two.   March 24, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRY L. SIMMONS, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. JOANNE M. SIMMONS, *Appellant*.

Appeals from a judgment of the Superior Court for Lewis County, No. 12-1-00675-4, Nelson E. Hunt, J., entered July 26, 2013. *Reversed in part* and *remanded with instructions* by unpublished opinion per Melnick, J., concurred in by Bjorgen, A.C.J., and Worswick, J.

[Nos. 45463-7-II; 45466-1-II.   Division Two.   March 24, 2015.]

AMERICAN EXPRESS CENTURION BANK, *Respondent*, v. HEINZ HENGSTLER, *Appellant*.

Appeals from a judgment of the Superior Court for Pierce County, No. 12-2-13342-1, Jack F. Nevin, J., entered September 13, 2013. *Reversed* and *remanded* by unpublished opinion per Worswick, J., concurred in by Melnick and Sutton, JJ.

[No. 45792-0-II.   Division Two.   March 24, 2015.]

BRYENT FINCH ET AL., *Appellants*, v. THURSTON COUNTY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Mason County, No. 12-2-00501-3, Toni A. Sheldon, J., entered November 25, 2013. *Affirmed* by unpublished opinion per Sutton, J., concurred in by Worswick and Melnick, JJ.